**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD VALENCIA, | ) | NO. CV 11-2727-VBF(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| B. CASH, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

 Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

 IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner and counsel for Respondent.
4
5    LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7         DATED:   September 21, 2011.
8
9
10                    _____
                          PERCY ANDERSON FOR
11                       VALERIE BAKER FAIRBANK
                       UNITED STATES DISTRICT JUDGE
12