```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD VALENCIA, | ) | NO. CV 11-2727-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. CASH, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: September 21, 2011

                                    _____
                                         PERCY ANDERSON FOR
                                       VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE