**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD VALENCIA, | ) | NO. CV 11-2727-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. CASH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 21, 2011

_____
PERCY ANDERSON FOR
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE